

## OFFICE OF THE ATTORNEY GENERAL OF TEXAS

### AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

January 30, 1939

Hon. Chas. R. Martin
County Auditor
Marshall, Texas

Dear Mr. Martin:

Opinion No. 0-204
Re: Premium on official surety bond
of County Treasurer for the year
of 1936.

Your request for an opinion on the following question:

"Whether Commissioners' Court has the authority under the law to pay premium on official surety bond of County Treasurer for the year of 1936?"

has been received by this office.

On April 13, 1936, Hon. Joe J. Alsup, Assistant Attorney General, held that the Commissioners' Court of a county had authority to pay the premium on the official bond of a County Treasurer.

On October 12, 1934, Hon. Julius F. Franki, Assistant Attorney General, held that the County Commissioners' Court did not have authority to pay the premium on the official bond of the County Treasurer.

Article 3891 of the Revised Civil Statutes of Texas authorized certain officers to deduct the cost of the premium on their bonds from the fees of their various offices but this statute had application only to the officers enumerated in Article 3883, Revised Civil Statutes, among which the office of County Treasurer does not appear.

In view of Article 3883, 3891 and 3899(b) and in

the absence of statutory authority authorizing the Commissioners' Court to make such payments, you are respectfully advised that it is our opinion that the Commissioners' Court does not have the authority to pay premium on official surety bond of the County Treasurer for the year of 1936.

The opinion heretofore rendered by Hon. Joe J. Alsup, Assistant Attorney General, referred to above, is hereby expressly overruled.

The opinion of Hon. Julius F. Frankl, Assistant Attorney General, referred to above, is hereby expressly approved and confirmed.

Trusting that the foregoing answers your inquiry, we remain

Very truly yours

ATTORNEY GENERAL OF TEXAS

By _[signature]_
Assistant

WJF:AW

APPROVED:

_[signature]_
ATTORNEY GENERAL OF TEXAS